1

2

3

4

5

6

7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE GARCIA,

        Petitioner,               No.  2:12-cv-1636 CKD P

    vs.

GARY SWARTHOUT, Warden,

        Respondent.         <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of

habeas corpus pursuant to 28 U.S.C. §  2254.  Petitioner has not, however, filed an in forma

pauperis affidavit or paid the required filing fee ($5.00).  <u>See</u> 28 U.S.C. §§ 1914(a); 1915(a).

Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of

a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1.  Petitioner shall submit, within thirty days from the date of this order, an

affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee;

petitioner's failure to comply with this order will result in a recommendation that this action be

dismissed; and

/////

1

2.  The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

Dated: June 21, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
garc1636.101a

2