IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AUGUSTINE GARCIA,

    Petitioner,                    No.  2:12-cv-1636 KJM CKD P

    vs.

GARY SWARTHOUT,

    Respondent.                 <u>ORDER</u>

         Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 28, 2012, respondent filed a motion to dismiss.  Petitioner has not filed an opposition to the motion.  Good cause appearing, IT IS HEREBY ORDERED that petitioner file an opposition to respondent's pending motion to dismiss within thirty days or a statement of non-opposition thereto.  Failure to comply with this order will result in a recommendation that this action be dismissed under Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: October 11, 2012

                                         CAROLYN K. DELANEY
                                         UNITED STATES MAGISTRATE JUDGE

1/garc1636.146